

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| NIGINA YOQUBOVA, | § | No. 08-19-00254-CV |
| Appellant, | § | Appeal from the |
| v. | § | County Court at Law No. 4 |
| CHRISTOPHER KLEIMAN, | § | of Travis County, Texas[1] |
| Appellee. | § | (TC# C-1-CV-19-003525) |
| | § | |

## MEMORANDUM OPINION

This appeal is before the Court on its own motion for determination of whether it should be dismissed for want of prosecution. Finding that Appellant has not filed a brief or a motion for extension of time, we dismiss the appeal.

Appellant's brief was due on November 11, 2019. Appellant failed to file her brief by that due date. On November 13, 2019, the Clerk of the Court sent the parties a notice that Appellant had not filed her brief or motion for extension of time. Further, the notice advised the parties of the Court's intent to dismiss for want of prosecution unless one of the parties responded showing grounds to continue the appeal. No response has been received as of this date.

---

[1] We hear this case on transfer from the Third Court of Appeals in Austin. *See* TEX.R.APP.P. 41.3.

This Court possesses the authority to dismiss an appeal for want of prosecution when the Appellant has failed to file her brief in the time prescribed, and gives no reasonable explanation for such failure. TEX.R.APP.P. 38.8(a)(1); *Resendez v. Schwartz*, 940 S.W.2d 715, 716 (Tex.App.--El Paso 1997, no writ); *Celotex Corp., Inc. v. Gracy Meadow Owners Ass'n, Inc.*, 847 S.W.2d 384, 385 n.1 (Tex.App.--Austin 1993, writ denied). Because Appellant failed to file her brief and has not responded to our inquiry, we dismiss the appeal for want of prosecution pursuant to TEX.R.APP.P. 38.8(a)(1), 42.3(b), and 42.3(c).

JEFF ALLEY, Chief Justice

January 10, 2020

Before Alley, C.J., Rodriguez, and Palafox, JJ.

(Do Not Publish)